UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| E. L. PHELPS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-1142 (ABJ) |
| | ) | |
| JOHN CRUMPTON STOMBER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Pursuant to Federal Rule of Civil Procedure 58 and for the reasons stated in the accompanying memorandum opinion, it is ordered that defendants' motions to dismiss [Dkts. # 51 and # 52] are granted, and the above-captioned case is dismissed.  This is a final, appealable order.

*/s/ Amy B. Jackson*

AMY BERMAN JACKSON
United States District Judge

DATE:  August 13, 2012