## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **E. L. PHELPS**, **et al.,** individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>**JOHN CRUMPTON STOMBER, et al.,**<br><br>Defendants. | Case No. 11-cv-01142<br><br>This document relates to all consolidated Actions |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED CONSOLIDATED COMPLAINT AND/OR TO AMEND JUDGMENT

THIS CAUSE having come before this Court on "Plaintiffs' Motion for Leave to File Amended Consolidated Complaint and/or to Amend Judgment," and, after reviewing the parties papers and the file herein, conducting oral argument on _____, 2012, and being otherwise fully advised in the premises, it is hereby ORDERED

____ that Plaintiffs' Motion for Leave to Amend is GRANTED; Plaintiffs hereby are granted leave to file their proposed Amended Consolidated Complaint.

____ that Plaintiffs' Motion to Amend Judgment is GRANTED in the following respects: _____.

SO ORDERED:

                                                                        _____
                                                                        AMY BERMAN JACKSON
                                                                        United State District Judge

_____, 2012