**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **E. L. PHELPS**, **M.J. MCLISTER, D.J. WU, S.M. LISS AND W.F. SCHAEFER,** Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>**JOHN CRUMPTON STOMBER, et al.,**<br><br>Defendants. | Case No. 11-cv-01142<br><br>This document relates to all consolidated actions. |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs E.L. Phelps, M.J. McLister, D.J. Wu, S.M. Liss and W.F. Schaefer, individually and on behalf of all classes and subclasses they have sought to represent, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Court's "Order" entered August 13, 2012.

September 11, 2012                                           Respectfully Submitted,

                                                                               /s/ Matthew E. Miller
                                                                          Jonathan W. Cuneo (D.C. Bar No. 939389)
                                                                          Joel Davidow (D.C. Bar No. 50849)
                                                                          Matthew E. Miller (D.C. Bar No. 442857)
                                                                          CUNEO GILBERT & LADUCA, LLP
                                                                          507 C Street, N.E.
                                                                          Washington, DC 20002
                                                                          (202) 789-3960

                                                                          Richard D. Greenfield (Md. Bar No. 07895)
                                                                          Marguerite R. Goodman (D.C. Bar No. 93626)
                                                                          GREENFIELD & GOODMAN, LLC
                                                                          250 Hudson Street, 8th Floor
                                                                          New York, N.Y.  10013
                                                                          (917) 495-4446

                                                                          *Attorneys for Plaintiffs*