UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| E. L. Phelps, M.J. McLister, D.J. Wu, S.M. Liss and W.F. Schaefer, individually and on behalf of all others similarly situated,<br><br>      *Plaintiffs*,<br><br>    v.<br><br>John Crumpton Stomber, et. al,<br><br>      *Defendants*. | No. 1:11-CV-01142-ABJ |
| D.J. Wu, Daniel Bergman, AlNeil Associates, and Michael Gad,<br><br>      *Plaintiffs*,<br><br>    v.<br><br>John Crumpton Stomber, et al.<br><br>      *Defendants*. | No. 1:11-cv-02287-ABJ |

**DEFENDANTS' CONSENT MOTION
FOR AN EXTENSION OF TIME FOR THEIR OPPOSITION TO PLAINTIFFS'
MOTION FOR LEAVE TO FILE AMENDED CONSOLIDATED COMPLAINT
<u>AND/OR TO AMEND JUDGMENT</u>**

Defendants Stomber, Conway, Hance, Zupon, Allardice, Sarles, Loveridge, Carlyle Investment Management L.L.C., TC Group, L.L.C., and TCG Holdings, L.L.C. (collectively "Defendants") hereby move for an extension of time to file their Opposition to Plaintiffs' Motion for Leave to File Amended Consolidated Complaint And/Or To Amend Judgment (Dkt. No. 75). Pursuant to Local Rule 7(b) and Federal Rule of Civil Procedure 6(d), Defendants' Opposition is due on Thursday, September 27, 2012. In light of the Jewish holidays and other scheduling

difficulties for Defendants' counsel, Defendants respectfully request they be permitted a one-week extension to file their Opposition on or before Thursday, October 4, 2012.

Defendants' counsel has confirmed that Plaintiffs' counsel has no objection to the extension of time.

Respectfully submitted,

/s/ Robert A. Van Kirk
Robert A. Van Kirk (D.C. Bar No. 430588)
R. Hackney Wiegmann (D.C. Bar No. 428345)
Sarah F. Teich (D.C. Bar No. 979565)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-Mail: rvankirk@wc.com

*Attorneys for Carlyle Investment Management L.L.C., TC Group, L.L.C., TCG Holdings, L.L.C., William Elias Conway, Jr., John Crumpton Stomber, James H. Hance and Michael J. Zupon*

Gary A. Orseck (DC Bar No. 433788)
Alison C. Barnes (DC Bar No. 484184)
William J. Trunk (DC Bar No. 1003673)
ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP
1801 K Street N.W., Suite 411-L
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510

*Attorneys for Defendants Robert Barclay Allardice, III, Harvey Jay Sarles, and John Leonard Loveridge*

Dated: September 25, 2012

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 25, 2012, a copy of the foregoing Defendants' Consent Motion for an Extension of Time for Their Opposition to Plaintiffs' Motion for Leave to File Amended Consolidated Complaint and/or to Amend Judgment was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM / ECF system.

                                                    /s/  Robert A. Van Kirk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| E. L. Phelps, M.J. McLister, D.J. Wu, S.M. Liss and W.F. Schaefer, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN CRUMPTON STOMBER, et. al,<br><br>    Defendants. | Case Numbers 1:11-CV-01142-ABJ;<br>1:11-CV-002287-ABJ |
| D.J. Wu, Daniel Bergman, AlNeil Associates, and Michael Gad,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>John Crumpton Stomber, et al.<br><br>    *Defendants*. | No. 1:11-cv-02287-ABJ |

### [PROPOSED] ORDER

Upon consideration of the Defendants' Consent Motion For An Extension of Time for Their Opposition to Plaintiffs' Motion for Leave to File Amended Consolidated Complaint And/Or To Amend Judgment, it is this \_\_\_\_ day of _____, 2012, hereby

**ORDERED** that Defendants are granted an extension of time to file their Opposition, until and including October 4, 2012.

_____
The Honorable Amy B. Jackson
United States District Judge