# United States Court of Appeals
## For The District of Columbia Circuit

**No. 12-7088**  **September Term, 2012**

1:11-cv-01142-ABJ
1:11-cv-02287-ABJ

Filed On: September 24, 2012 [1396095]

D.J. Wu, et al.,

    Appellants

v.

John Crumpton Stomber, et al.,

    Appellees

------

Consolidated with 12-7097

### ORDER

It is **ORDERED**, on the court's own motion, that these cases be consolidated. It is

**FURTHER ORDERED**, that these cases be held in abeyance pending district court's resolution of the pending post-judgment motion. See Fed. R. App. P. 4(a)(4)(A). It is

**FURTHER ORDERED**, that the September 12, 2012, order directing parties to file initial submissions be suspended pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon the conclusion of its proceedings.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Amy Yacisin
Deputy Clerk