## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **E. L. PHELPS**, **et al.,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**JOHN CRUMPTON STOMBER,  et al.,**<br><br>Defendants. | Case No. 11-cv-01142<br><br>This document relates to all consolidated Actions |

### PLAINTIFFS' CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE THEIR REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE AMENDED CONSOLIDATED COMPLAINT AND/OR TO AMEND JUDGMENT

Plaintiffs E.L. Phelps, Michael J. McLister, Dzing Jean Wu, Susan M. Liss, William F. Schaefer hereby move for an extension of time to file their reply memorandum in support of their motion for leave of Court to file a further amended complaint and/or to amend the Court's judgment (No. 75).

The reply memorandum is presently due on October 11, 2012, as per order of the Court. Plaintiffs seek an extension of one week, or until October 18, 2012. In support of this request, Plaintiffs note that (1) Plaintiffs are preparing a reply in response to two opposition memoranda addressing multiple, and complex, issues, (2) the Local Rules afford a longer period of time (10 calendar days) than was afforded by the Court in its order directing that a response be filed by October 11, 2012, and (3) a three-day weekend has effectively further shortened the time to respond.

The undersigned have confirmed that the moving defendants have no objection to this requested extension of time.

October 11, 2012                              Respectfully Submitted,

                                                           /s/ Matthew E. Miller
Jonathan W. Cuneo (D.C. Bar No. 939389)
Joel Davidow (D.C. Bar No. 50849)
Matthew E. Miller (D.C. Bar No. 442857)
CUNEO GILBERT & LADUCA, LLP
507 C Street, N.E.
Washington, DC 20002
(202) 789-3960

Richard D. Greenfield (Md. Bar No. 07895)
Marguerite R. Goodman (D.C. Bar No. 93626)
GREENFIELD & GOODMAN, LLC
250 Hudson Street, 8th Floor
New York, N.Y. 10013
(917) 495-4446

*Attorneys for Plaintiffs*