UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **E. L. PHELPS**, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>**JOHN CRUMPTON STOMBER, et al.,**<br><br>Defendants. | Case No. 11-cv-01142<br><br>This document relates to all consolidated Actions |

**NOTICE OF ERRATA IN PLAINTIFFS' LISTS OF (1) MISREPRESENTATIONS AND OMISSIONS, AND (2) NEW ALLEGATIONS PERTAINING TO THE ALLEGED OMISSIONS IN THE PROPOSED FURTHER AMENDED COMPLAINTS**

Plaintiffs E.L. Phelps, Michael J. McLister, Dzing Jean Wu, Susan M. Liss, William F. Schaefer (collectively, the "D.C. Plaintiffs") in Actions Nos. 11-1142 and 11-1143, and Plaintiffs Daniel Bergman, Michael Gad, and AlNeil Associates. (collectively, the "New York Plaintiffs") in Action No. 11-2287 (the term "Plaintiffs" will refer, collectively, to the D.C. Plaintiffs and the New York Plaintiffs) respectfully submit this errata sheet to the table filed on March 8, 2013 in response to the Court's order of February 26, 2013.

On page 3 of the document, the date "July 3, 2011" should have read "July 3, 2007."

March 12, 2013                                   Respectfully Submitted,

                                               /s/ Matthew E. Miller
Jonathan W. Cuneo (D.C. Bar No. 939389)
Joel Davidow (D.C. Bar No. 50849)
Matthew E. Miller (D.C. Bar No. 442857)
CUNEO GILBERT & LADUCA, LLP
507 C Street, N.E.
Washington, DC 20002
(202) 789-3960

Richard D. Greenfield (Md. Bar No. 07895)
Marguerite R. Goodman (D.C. Bar No. 93626)
GREENFIELD & GOODMAN, LLC
250 Hudson Street, 8th Floor
New York, N.Y.  10013
(917) 495-4446

*Attorneys for Plaintiffs*