UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **E. L. PHELPS**, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>**JOHN CRUMPTON STOMBER, et al.,**<br><br>Defendants. | Case No. 11-cv-01142<br><br>This document relates to all consolidated Actions |

**PLAINTIFFS' MOTION FOR FOR LEAVE OF COURT TO
SUBMIT REPLY TO DEFENDANTS' TABLE LISTING
PURPORTED DISCLOSURES OF OMITTED FACTS**

Plaintiffs E.L. Phelps, Michael J. McLister, Dzing Jean Wu, Susan M. Liss, William F. Schaefer (collectively, the "D.C. Plaintiffs") in Actions Nos. 11-1142 and 11-1143, respectfully move for leave of Court to submit a reply, in the form attached as Exhibit A, to Defendants' submission listing what they describe as pertinent factual disclosures related to the omissions alleged in the proffered amended complaints.

This motion is supported by the "Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Leave of Court to Submit Reply to Defendants' Table Listing Purported Disclosures of Omitted Facts," filed herewith.

March 21, 2013

Respectfully Submitted,

   /s/ Matthew E. Miller
Jonathan W. Cuneo (D.C. Bar No. 939389)
Joel Davidow (D.C. Bar No. 50849)
Matthew E. Miller (D.C. Bar No. 442857)
CUNEO GILBERT & LADUCA, LLP
507 C Street, N.E.
Washington, DC 20002
(202) 789-3960

Richard D. Greenfield (Md. Bar No. 07895)
Marguerite R. Goodman (D.C. Bar No. 93626)
GREENFIELD & GOODMAN, LLC

250 Hudson Street, 8th Floor
New York, N.Y.  10013
(917) 495-4446

*Attorneys for Plaintiffs*

2